# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA |
|---|---|
| UNITED STATES OF AMERICA | DOCKET NO: 07-310    MAGIS. NO: |
| V.<br><br>JOSEPH MUHIDIN MUSTAFA | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br><br>Joseph Muhidin Mustafa    **FILED**<br><br>NOV 1 3 2007<br><br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |
| DOB:    PDID: | |
| WARRANT ISSUED ON THE BASIS OF:    INDICTMENT | DISTRICT OF ARREST |
| TO:    ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY |

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

FECA FRAUD;

MAIL FRAUD;

WIRE FRAUD;

THEFT OF GOVERNMENT MONEY;

OBSTRUCTION OF JUSTICE

**IN VIOLATION OF:**    UNITED STATES CODE TITLE & SECTION:

18:1920; 18:1341; 18:1343; 18:641; and 18:1512

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY:<br>MAGISTRATE JUDGE ALAN KAY | SIGNATURE (JUDGE/MAGISTRATE JUDGE)<br>U.S. MAGISTRATE JUDGE ALAN KAY | DATE ISSUED:<br>11/8/07 |
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK: *[signature]* | DATE:<br>11/8/07 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 11/13/07 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED 11/13/07 | William H Martin DUSM | *[signature]* |
| HIDTA CASE:    Yes    No  X | | OCDETF CASE:    Yes    No  X |

1410806