CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA )
)
)
)
vs. )   Criminal No. 07-310
)
)
Joseph M. Mustafa )
(DEFENDANT)

FILED

NOV 16 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TO: NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

☐ CJA          ☒ RETAINED          ☐ FEDERAL PUBLIC DEFENDER

_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Roland Walker
(Attorney  & Bar ID Number)

Roland Walker + Marc Zayon, PA
(Firm Name)

200 E. Lexington St
(Street Address)

Baltimore    MD    21202
(City)       (State)    (Zip)

410 727-3710
(Telephone Number)