RW:bb
2-18-08

## IN THE UNITED STATES OF AMERICA
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CASE NO: 07-310 (RMC) |
| VS. | : | |
| **JOSEPH MUSTAFA** | : | |

FILED
FEB 20 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### MOTION TO SUPPRESS

Now comes defendant, Joseph Mustafa, by Roland Walker and Roland Walker & Marc Zayon, P.A., his attorneys, and moves to suppress any statement made by the defendant to Special Agent Lewis on August 22, 2006, and in support thereof says:

1.      On that date federal agents forcibly entered defendant's home, and conducted a search thereof.

2.      Various trophies, documents, etc. were seized.

3.      Defendant was awakened at 7:00 A.M. or so, by approximately 5 federal agents, all of whom had guns pointed at defendant's head. Defendant was ordered to the floor, searched on the floor, and handcuffed.

4.      Defendant was then led to the porch, while the search continued.

5.      Special Agent Lewis then began to question the defendant, and defendant answered these questions. Toward the end of the interview, the agent interrupted the interview, and then for the first time advised defendant of his "Miranda" rights.

  6. Any relevant statement by the defendant was prior to the advisement of his rights pursuant to <u>Miranda v. Arizona.</u>

  WHEREFORE, it is prayed:

  a. That the statement be suppressed.

  b. That defendant may have such other and further relief as may be deemed just and fair.

*/s/ Roland Walker*
ROLAND WALKER
Roland Walker & Marc L. Zayon, P.A.
200 E. Lexington Street
Court Square Building #306
Baltimore, Maryland 21202
410-727-3710
Attorneys for Defendant

I HEREBY CERTIFY that on this 18th day of February, 2008, a copy of the aforegoing Motion to Suppress was mailed to Joycelyn S. Ballantine, Esquire, Assistant U.S. Attorney, U.S. Attorney's Office, 555 4th Street, N.W., Washington, D. C. 20530.

*/s/ Roland Walker*
ROLAND WALKER