UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 07-310 (RMC) |
| | ) | |
| v. | ) | |
| | ) | |
| JOSEPH M. MUSTAFA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF APPEARANCE AS CO-COUNSEL

Please enter the appearance of Diane G. Lucas as additional counsel for the United States in this action.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

/s/
DIANE G. LUCAS, DC Bar #443610
Assistant United States Attorney
555 4th Street, N.W., Rm. 4822
Washington, DC 20530
(202) 514-7912

## CERTIFICATE OF SERVICE

I certify that I caused the foregoing Notice of Appearance to be served upon Roland Walker, Esq., Walker & Van Bavel, P.A., Court Square Building, 200 East Lexington Street, Baltimore, Maryland 21202, counsel for the defendant Joseph M. Mustafa, via the Court's ECF system and/or via posting in the U.S. Mail, postage pre-paid, on this 14th day of March 2008.

/s/
DIANE G. LUCAS, DC Bar #443610
Assistant United States Attorney
555 4th Street, N.W., Rm. 4822
Washington, DC 20530
(202) 514-7912