UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CRIMINAL NO. 07-310 (RMC)** |
| | ) | |
| v. | ) | |
| | ) | |
| **JOSEPH M. MUSTAFA,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

### JOINT MOTION TO CONVERT APRIL 15, 2008 MOTIONS HEARING TO A STATUS CONFERENCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, together with Roland Walker, Esquire, counsel for defendant Joseph Mustafa, hereby requests that the court convert the April 15, 2008 motions hearing to a status conference in order to permit the defendant to enter into a plea agreement with the government, thereby obviating the need for a trial.

The Government will provide the court with copies of the relevant documents by facsimile later today so that the Court may review the documents in advance of the plea.

WHEREFORE the parites respectfully requests that the court convert this hearing to a status conference.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

BY: /s/
JOCELYN S. BALLANTINE
Assistant United States Attorney
C.A. Bar No. 208267
555 4th Street, N.W.  Room 4237
Washington, DC 20530
202-514-7533
Email: Jocelyn.Ballantine2@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CRIMINAL NO. 07-310 (RMC)** |
| | ) | |
| v. | ) | |
| | ) | |
| **JOSEPH M. MUSTAFA,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**ORDER**

The Court having considered the parties joint motion to convert the motions hearing scheduled for April 15, 2008, to a status conference for the purpose of allowing the defendant to enter into a plea agreement with the Government, and upon finding it appropriate to do so, it is ORDERED this _____ day of _____ 2008, that the motions hearing date in this case be converted to a status conference.

_____
ROSEMARY M. COLLYER
Judge, United States District Court for the
District of Columbia