HONORABLE ROSEMARY M. COLLYER
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ORDER TO SURRENDER

**FILED**

AUG 1 5 2008

UNITED STATES OF AMERICA

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

vs.

Joseph Muhidin Mustafa           Docket No.: 07-CR310-01

TO:   DIRECTOR, FEDERAL BUREAU OF PRISONS

It is hereby **ORDERED** that  Joseph Muhidin Mustafa  having been sentenced, on July 17, 2008, in the above case to the custody of the Bureau of Prisons, surrender himself to the Bureau of Prisons by reporting to  FCI Cumberland , in  Cumberland, MD  by 2 p.m., on  September 4, 2008 .

14 Aug 2008
Date

ROSEMARY M. COLLYER
UNITED STATES DISTRICT JUDGE

**ACKNOWLEDGMENT:** I agree to report as directed in this Order and understand that if I fail to do so, I may be cited for Contempt of Court, and if convicted of this offense, may be punished by imprisonment or fine, or both

ATTORNEY/U.S. PROBATION OFFICER          DEFENDANT

Revised 6-2004